NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ITACIR OLIVEIRA, | : Hon. Faith S. Hochberg |
| Plaintiff, | : Civil No. 05-2352 (FSH) |
| v. | : **ORDER** |
| TOWNSHIP OF NORTH BERGEN, et al., | : Date: May 11, 2005 |
| Defendants. | : |

The Court hereby orders Plaintiff within fourteen (14) days of the date of this Order to serve and file a submission providing the following information:

1. The basis for jurisdiction in this case.

2. If the action has been filed on grounds of diversity jurisdiction, the citizenship of all named Plaintiffs and all named Defendants (including the citizenship of all members or partners in any non-corporate party).

3. If the action has been filed on grounds of diversity jurisdiction, a good faith statement of the dollar amount in controversy, with the basis for calculating damages and all supporting documentation. If any component of the damages claimed cannot be stated with precision at this time, so indicate in the filing and state what information is needed to specify the computation of damages and the date upon which such information can be supplied.

4.   If the action has been filed on the basis of federal question jurisdiction, the federal statutory provision that gives rise to the jurisdiction and the <u>specific</u> section that provides Plaintiff with a private right of action.

If the Defendant has a response to Plaintiff's submission, such response shall be served and filed within twenty-one (21) days of this Order.

IT IS SO ORDERED.

/s/ **Faith S. Hochberg**
Hon. Faith S. Hochberg, U.S.D.J.